William A. OHLEY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 3584.

Circuit Court of Appeals, Fourth Circuit.
April 27, 1934.

Theodore B. Benson, of Washington, D. C., for petitioners.

E. Barrett Prettyman, Gen. Counsel, Bureau of Internal Revenue, and T. M. Mather, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

On motion of petitioner, consented to by respondent, case is docketed and dismissed.